TEXAS CO. v. HOGARTH SHIPPING CO., Limited, et al. THE BARON OGILVY. (Circuit Court of Appeals, Second Circuit. June 18, 1920.) No. 229. Appeal from the District Court of the United States for the Southern District of New York. Suit in admiralty by the Texas Company against the Hogarth Shipping Company, Limited, owner of the steamship Baron Ogilvy, and Hugh Hogarth & Sons. Decree for respondents (265 Fed. 375), and libelant appeals. Affirmed. Certiorari granted 254 U. S. ——, 41 Sup. Ct. 15, 65 L. Ed. ——. Haight, Sandford, Smith & Griffin, of New York City (John W. Griffin, of New York City, of counsel), for libelant appellant. Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (John M. Woolsey and Harrison Lillibridge, both of New York City, of counsel), for appellees. Frederick R. Coudert and Howard Thayer Kingsbury, both of New York City, amici curiæ for British Embassy. Before WARD, ROGERS, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

---

WHITESIDE et al. v. TITUS. (Circuit Court of Appeals, Ninth Circuit. October 4, 1920.) No. 3581. Appeal from the District Court of the United States for the Second Division of the Northern District of California. Charles A. Shurtleff and J. G. De Forest, both of San Francisco, Cal., for appellee.

PER CURIAM. Appeal dismissed for noncompliance by appellants with provisions of subdivision 1 of rule 16 of Rules of Practice (208 Fed. ix, 124 C. C. A. ix).